Marcus J. Youmans, as Administrator with the Will Annexed of Conrad C. Mesick, Deceased, et al., Appellants, *v.* State of New York, Respondent. (Claim Nos. 30716, 30717.)

Joseph A. Napoletan et al., Appellants, *v.* State of New York, Respondent. (Claim No. 30732.)

Donald J. Keeler et al., Appellants, *v.* State of New York, Respondent. (Claim No. 30836.)

Marcus J. Youmans, as Administrator with the Will Annexed of Conrad C. Mesick, Deceased, et al., Appellants, *v.* State of New York, Respondent. (Claim No. 30791.)

Marcus J. Youmans, as Administrator with the Will Annexed of Conrad C. Mesick, Deceased, et al., Appellants, *v.* State of New York, Respondent. (Claim No. 30837.)

Submitted November 15, 1954; decided December 2, 1954.

*Richmond D. Moot* for motion to have appeal heard on abridged records.

*Nathaniel L. Goldstein, Attorney-General (Richard H. Shepp* of counsel) in opposition to motion to have appeal heard on abridged records and for motion to dismiss appeals.

Motion to have appeals heard upon the regular number of copies of abridged records together with a certified copy of the stenographer's minutes of the trial granted. Cross motion to dismiss appeals denied, with leave to renew upon the argument thereof.